Miami County, No. 87-CA-34. On motion to consolidate with 88-113, McCormick v. Kisor, Franklin County No. 87AP-232; 88-114, Leppert v. Carolina Freight, Stark County No. CA-7224; 88-169, Athens Bottling Co. v. South End Beverage, Inc., Delaware County No. 87-CA-13; 88-217, Roadway Express, Inc. v. Rowe, Lucas County No. L-87-206; 88-268, Gold Circle Stores Div. of Federated Dept. Stores, Inc. v. Graham, Montgomery County No. 10506; and 88-303, Cole v. General Highway Express, Richland County No. CA-2530. Motion denied.
Locher, Holmes and Wright, JJ., dissent.